Jerome E. **ALLAMBY**, Plaintiff–Appellant,

v.

**UNITED STATES** of America, Janet Reno, U.S. Attorney General, Catherine Friesen, U.S. Attorney, Gayle E. Lambert, Kathleen Riley, Special Agent CID, Rosemarie Dever Camacho, District Counsel NA, Daniel Del Valle, IRS Agent, Joe Chimienti, Special Agent, Thomas Bishop, Special Agent, Defendants–Appellees.

Docket No. 01–6134.

United States Court of Appeals, Second Circuit.

Jan. 2, 2002.

Jerome E. Allamby, Hollis, NY, pro se.

Thomas A. McFarland, Ass't U.S. Att'y, EDNY, Brooklyn, NY, for Appellees.

Present MESKILL, KEARSE and CALABRESI, Circuit Judges.

### *SUMMARY ORDER*

This cause came on to be heard on the record from the United States District

Court for the Eastern District of New York, and was argued by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Ross's Opinion and Order dated May 18, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.